UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                )
NEMIAH ARMSTRONG, JR.,          )
                                )
        Plaintiff,              )
                                )
    v.                          )    C.A. No. 17-111 WES
                                )
ROBERT MOROE and ROGER BYRON,   )
                                )
        Defendants.             )
_____)
```

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on September 26, 2017 (ECF No. 11) recommending that Plaintiff Nemiah Armstrong, Jr.'s Second Amended Complaint (ECF No. 10) be summarily dismissed and his case terminated. This follows the August 11, 2017 Order (ECF No. 9) of this Court that adopted Magistrate Sullivan's July 25, 2017 R&R (ECF No. 8) recommending that Plaintiff be allowed thirty days to file a second amended complaint to cure any deficiencies. Having found that Plaintiff's Amended Complaint remains deficient for failure to comply with the basic pleading requirements of Rules 8(a)(2) and 10(a)-(b) of the Federal Rules of Civil Procedure, Magistrate Judge Sullivan recommends dismissal. Having heard no objections and having carefully reviewed the R&R and Plaintiff's Second Amended Complaint, the Court ACCEPTS the R&R and adopts the

recommendations and reasoning therein.

Accordingly, Plaintiff's Amended Complaint (ECF No. 10) is summarily dismissed without prejudice, and the case is terminated.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date:  October 24, 2017